[Nos. 14893-9-III; 14894-7-III.   Division Three.   January 16, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MARCUS
IVAN PETERSON, *Appellant*.

Appeal from judgments of the Superior Court for
Spokane County, Nos. 95-1-00505-6, 95-1-00308-8, Michael
E. Donohue, J., entered May 3, 1995. *Reversed* by unpublished opinion per Munson, J. Pro Tem., concurred in by
Schultheis, A.C.J., and Thompson, J.

[No. 14983-8-III.   Division Three.   January 16, 1997.]

CRYSTAL LYNN RICE, ET AL., as *Guardian, Appellants*,
v. HOLY FAMILY HOSPITAL, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 94-2-03642-9, James M. Murphy, J.,
entered May 30, 1995. *Affirmed* by unpublished opinion
per Thompson, J., concurred in by Sweeney, C.J., and
Schultheis, J.

[No. 18958-5-II.   Division Two.   January 17, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v.
TONYA L. HUMPHRIES, *Appellant*.

Appeal from a judgment of the Superior Court for
Cowlitz County, No. 89-1-00146-0, Randolph Furman, J.,
entered December 8, 1994. *Affirmed* by unpublished
opinion per Turner, J. Pro Tem., concurred in by Houghton, C.J., and Morgan, J.

[No. 18971-2-II.   Division Two.   January 17, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v.
SEAN A. SILLS, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 94-1-00588-8, Leonard W. Costello, J.,
entered November 21, 1994. *Affirmed* by unpublished
opinion per Seinfeld, J., concurred in by Armstrong, J.,
and Casey, J. Pro Tem.